UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY ELIZABETH BROOKS,<br>Plaintiff,<br>v.<br>MIRANDA RASSMUSEN, et al.,<br>Defendants. | Case No. 24-cv-04279-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Re: Dkt. No. 1 |

Plaintiff Molly Elizabeth Brooks filed this action on July 17, 2024. Dkt. No. 1. Because Ms. Brooks submitted payment for the filing fee in an incorrect amount, the Clerk of the Court returned her check. Dkt. No. 2. The Clerk issued a notice instructing Ms. Brooks to pay the correct filing fee or file an application to proceed in forma pauperis ("IFP application") no later than August 26, 2024. Dkt. No. 3. The docket indicates that Ms. Brooks has neither paid the correct filing fee nor filed an IFP application.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Ms. Brooks is directed to file a written response to this order by **September 13, 2024** and to show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 30, 2024

Virginia K. DeMarchi
United States Magistrate Judge